# IN THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

In re: Endangered Species Committee, Order Regarding Gulf of America Oil and Gas Activities, 91 Fed. Reg. 16966, Issued on April 3, 2026 | MCP No. 202

## NOTICE OF ENTRY OF APPEARANCE

To the Court and the attorneys of record:

Pursuant to Rule 25.7(f), Counsel for Petitioner American Energy Association hereby gives notice that James R. Conde is entering an appearance as counsel of record.

April 23, 2026

Respectfully submitted,

/s/ James R. Conde
James R. Conde
Boyden Gray PLLC
800 Connecticut Avenue NW
    Suite 900
Washington, DC 20006
202-955-0620
jconde@boydengray.com