**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**FIRST AMENDMENT TO THE HEARING SESSION ORDER AND**
**ATTACHED SCHEDULE FILED APRIL 16, 2026**

IT IS ORDERED that the Hearing Session Order and attached Schedule filed by the United States Judicial Panel on Multidistrict Litigation on April 16, 2026, are amended to add the following motion to Section B (matters designated for consideration without oral argument) of the Schedule for the hearing session on May 28, 2026, in Milwaukee, Wisconsin:

**MCP No. 202**      **IN RE: ENDANGERED SPECIES COMMITTEE, ORDER**
**REGARDING GULF OF AMERICA OIL AND GAS**
**ACTIVITIES, 91 FED. REG. 16966, ISSUED ON APRIL 3, 2026**

Motion of Defenders of Wildlife and the National Wildlife Federation, et al., to reconsider the Panel's order consolidating judicial review of this matter in the United States Court of Appeals for the Fifth Circuit and to strike the Notice of Multicircuit Petitions for Review:

Fifth Circuit

AMERICAN ENERGY ASSOCIATION v. BURGUM, ET AL., No. 26-60240

District of Columbia Circuit

NATURAL RESOURCES DEFENSE COUNCIL, INC. v. DOUGLAS BURGUM,
ET AL., No. 26-1079

FOR THE PANEL:

Josh R. Bullock
Acting Clerk of the Panel