# Exhibit K

NLRB
3-CA-25915

# United States Court of Appeals
FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28ᵗʰ day of December, two thousand ten,

Present:     Jon O. Newman,
             Ralph K. Winter,
             Gerard E. Lynch,

*Circuit Judges*.

_____

Local Union 36, International Brotherhood of
Electrical Workers, AFL-CIO,

*Petitioner*,

v.                                                         10-3448-ag

National Labor Relations Board, Rochester Gas &
Electric Corporation,

*Respondents*.

_____

Respondent Rochester Gas & Electric Corporation ("Rochester Gas") moves to dismiss the petition for review and transfer this case to the United States Court of Appeals for the District of Columbia, or, in the alternative, to transfer this case to the judicial panel on multidistrict litigation.  Rochester Gas moves for dismissal and transfer to the United States Court of Appeals for the District of Columbia arguing that the decision of the National Labor Relations Board ("NLRB") was non-final as to Local Union 36, International Brotherhood of Electrical Workers, AFL-CIO ("Local Union 36") because of Local Union 36's timely motion for reconsideration of that decision.  Alternatively, Rochester Gas moves to transfer this case to the judicial panel on multidistrict litigation, pursuant to 28 U.S.C. § 2112(a)(1) and (3), because the NLRB was served by the Clerk of the United States

SAO-rlf

Case 10-3448, Document 78, 12/28/2010, 174544, Page2 of 2

Court of Appeals for the District of Columbia with a date-stamped copy of Rochester Gas's petition for review within ten days after the NLRB's decision was issued. Upon due consideration, it is hereby ORDERED that Rochester Gas's motion is DENIED in both respects.  Local Union 36's timely motion for reconsideration did not render the NLRB's decision non-final with respect to Local Union 36.  *See* 29 U.S.C. § 160(d), (e); 29 C.F.R. § 102.48(d)(3).  Furthermore, service of a date-stamped copy of Rochester Gas's petition for review upon the NLRB *by the Clerk of Court* did not satisfy 28 U.S.C. § 2112(a)(1), which requires that the NLRB receive the petition for review "from the person[] instituting the proceedings."  *Id.*

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

SAO-rlf

2