**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ENDANGERED SPECIES COMMITTEE ORDER REGARDING GULF OF AMERICA OIL AND GAS ACTIVITIES, 91 FED. REG. 16966, ISSUED ON APRIL 3, 2026 | MCP No. 202 |

**FEDERAL RESPONDENTS' RESPONSE TO MOTIONS TO STRIKE NOTICE OF
MULTI-CIRCUIT PETITIONS FOR REVIEW, RECONSIDER CONSOLIDATION
ORDER, AND VACATE CONSOLIDATION ORDER**

**ATTACHMENTS**

Attachment 1 – Declaration of Christopher Anderson
Attachment 2 – Declaration of Bryn Bowen
Attachment 3 – Declaration of Lara Clark

# Attachment 1

**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ENDANGERED SPECIES COMMITTEE ORDER REGARDING GULF OF AMERICA OIL AND GAS ACTIVITIES, 91 FED. REG. 16966, ISSUED ON APRIL 3, 2026 | MCP No. 202 |

**DECLARATION OF CHRISTOPHER ANDERSON**

I, Christopher Anderson, declare as follows:

1. I am a Trial Attorney in the Department of Justice, Environment and Natural Resources Division, Appellate Section. I am the lead counsel for the respondents in *Natural Resources Defense Council, Inc. v. Burgum* (D.C. Cir. 26-1079), *American Energy Ass'n v. Burgum* (5th Cir. 26-60240), *W&T Offshore, Inc. v. Burgum* (11th Cir. 26-1174), *Defenders of Wildlife v. Burgum* (D.C. Cir. 26-1085), and *National Wildlife Federation v. Burgum* (D.C. Cir. 26-1088).

2. On April 9, 2026, I received an email from Sitara Witanachchi, counsel for Natural Resources Defense Council, Inc. (NRDC), asking if I would "be amenable to confirming receipt or accepting electronic service for all the Respondents." A true copy of the email and my reply email is attached to this declaration as Exhibit 1. The email from Ms. Witanachchi did not include a copy of NRDC's petition. I understood Ms. Witanachchi's reference to "electronic service" to mean "service of process" that initiates a lawsuit. I was aware at the time I received the email that Department of Justice attorneys generally may not accept service of process on behalf of the government. After consulting with my supervisor, I responded to Ms. Witanachchi that "I cannot accept electronic service on behalf of respondents," but that I would try "to confirm receipt of the petitions" after I communicated with the respondents' agencies.

1

4. On April 13, 2026, James Conde, counsel for American Energy Association (AEA), emailed Adam Gustafson, Principal Deputy Assistant Attorney General for the Environment and Natural Resources Division, informing Mr. Gustafson that AEA had filed a petition for review of the Endangered Species Committee's Decision and Order granting an exemption from section 7 of the Endangered Species Act for Gulf of America Oil and Gas Activities. Mr. Conde's email attached an electronic copy of the petition for review stamped by the U.S. Court of Appeals for the Fifth Circuit with a filing date of April 13, 2026. The Office of the Assistant Attorney General forwarded that email and attachment to me, and a true copy of the email and the attachment are attached to this declaration as Exhibit 2.

3. On April 28, 2026, I received from AEA's counsel copies of proof of delivery of AEA's petition on behalf of respondents. True copies of those proofs of delivery are attached to this declaration as Exhibits 3 through 10.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C., on May 8, 2026.

Christopher Anderson

2

# EXHIBIT 1

**Anderson, Christopher (ENRD)**

| | |
|---|---|
| **From:** | Anderson, Christopher (ENRD) |
| **Sent:** | Friday, April 10, 2026 5:49 PM |
| **To:** | 'Witanachchi, Sitara' |
| **Cc:** | Van de Stouwe, Erik; Solomon, Jared; Desormeau, Kate |
| **Subject:** | RE: NRDC v. Burgum et al, 26-1079 |

Sitara,

I apologize that I haven't been able to respond sooner. I cannot accept electronic service on behalf of respondents, but I am trying to confirm receipt of the petitions. I will let you know once I've been able to consult with the client agencies.

Have a nice weekend,
Chris

**From:** Witanachchi, Sitara <switanachchi@nrdc.org>
**Sent:** Thursday, April 9, 2026 8:03 PM
**To:** Anderson, Christopher (ENRD) <Christopher.Anderson3@usdoj.gov>
**Cc:** Van de Stouwe, Erik <evandestouwe@nrdc.org>; Solomon, Jared <jsolomon@nrdc.org>; Desormeau, Kate <kdesormeau@nrdc.org>
**Subject:** [EXTERNAL] NRDC v. Burgum et al, 26-1079

Good evening,

I hope this finds you well.  In the matter of *NRDC v. Burgum et al.*, 26-1079, we've both Fed Ex'd and sent by certified priority express mail the certified copies of our Petition for Review.  Tracking information reflects the Petitions have been delivered to all Respondents except for Mr. Zeldin and Ms. Rollins.  We hand-delivered the date-stamped Petition to EPA for Mr. Zeldin on 4/7/26. For Ms. Rollins, we understand delivery should occur tomorrow if it has not already occurred.

Out of an abundance of caution, would you be amenable to confirming receipt or accepting electronic service for all the Respondents?

Thank you,

**Sitara Witanachchi**
*Senior Attorney*
(SHE/HER)

**NRDC**
1152 15th Street NW, Suite 300
Washington, D.C. 20005
SWITANACHCHI@NRDC.ORG
NRDC.ORG

# EXHIBIT 2

**Anderson, Christopher (ENRD)**

| | |
|---|---|
| **From:** | James Conde <jconde@boydengray.com> |
| **Sent:** | Monday, April 13, 2026 2:12 PM |
| **To:** | Gustafson, Adam (ENRD) |
| **Subject:** | [EXTERNAL] 2112 Service - American Energy Association v. Burgum, No. 26-60240 (CA5) |
| **Attachments:** | 2112 Service - American Energy Association v. Burgum, et al., No. 26-60240 (5th Cir.).pdf |

Dear Mr. Gustafson:

Pursuant to 28 U.S.C. § 2112, the American Energy Association gives written notice of the enclosed petition for judicial review filed in the U.S. Court of Appeals for the Fifth Circuit and captioned *American Energy Association v. Burgum*, et al., No. 26-60240. I understand that the U.S. Department of Justice has been designated as the legal representative of the Endangered Species Committee, and that the matter has been assigned to your Division. The petition for review was filed and served within ten days of the agency action under 28 U.S.C. § 2112(a)(1), as the agency action was first available for public inspection on April 2 and published on April 3, and I am serving the petition today, Monday April 13. *Cf. Humane Soc'y of the United States v. United States Dep't of Agric.*, 41 F.4th 564, 570 (D.C. Cir. 2022).

Please note that in order to qualify for the lottery process under 28 U.S.C. § 2112, a petitioner must serve a time-stamped petition for review on the agency's designated legal representative. A petition that is not time-stamped or a petition for review served by the clerk pursuant to Federal Rule of Appellate Procedure 15(c) is ineligible to participate in the multi-circuit lottery process and must be transferred to the proper exclusive circuit. *See Remington Lodging & Hosp., LLC v. NLRB*, 747 F.3d 903, 905 (D.C. Cir. 2014).

I am serving this notice on you as designated representative and on all agency officials sued as respondents.

Respectfully,

Jimmy Conde
Boyden Gray PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
(646) 266-4011

1

**B|G BOYDEN GRAY** PLLC

800 Connecticut Avenue, Suite 900 | Washington, D.C. 20006 | +1 (202) 955 0620

April 13, 2026

DOUG BURGUM
Secretary of the Interior
1849 C Street NW
Washington, D.C. 20240

BROOKE ROLLINS
Secretary of Agriculture
1400 Independence Ave SW
Washington, D.C. 20250

DANIEL DRISCOLL
Secretary of the Army
101 Army Pentagon
Washington, D.C. 20310

PIERRE YARED
Acting Chair of the Council of Economic Advisors
1600 Pennsylvania Ave NW
Washington, D.C. 20500

LEE ZELDIN
Administrator of the Environmental Protection Agency
1200 Pennsylvania Ave NW
Washington, D.C. 20460

NEIL JACOBS,
Administrator of the National Oceanic and Atmospheric Administration
1401 Constitution Ave NW
Washington, D.C. 20230

c/o ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611

Page 2

Re:    Petition for Judicial Review of Action by the Endangered Species Committee
        Notice, 91 Fed. Reg. 16,966 (Apr. 3, 2026);
        *American Energy Association v. Burgum*, et al., No. 26-60240 (5th Cir.)

Dear Mr. Gustafson:

Pursuant to 28 U.S.C. § 2112, the American Energy Association gives written notice of the enclosed petition for judicial review filed in the U.S. Court of Appeals for the Fifth Circuit and captioned *American Energy Association v. Burgum*, et al., No. 26-60240. I understand that the U.S. Department of Justice has been designated as the legal representative of the Endangered Species Committee in the above-captioned action, and that the matter has been assigned to your Division. The petition for review was filed and served within ten days of the agency action under 28 U.S.C. § 2112(a)(1), as the agency action was available for public inspection on April 2 and notice was published on April 3, and I am serving the petition today, April 13. *Cf. Humane Soc'y of the United States v. United States Dep't of Agric.*, 41 F.4th 564, 570 (D.C. Cir. 2022).

Please note that in order to qualify under 28 U.S.C. § 2112, a petitioner must serve a time-stamped petition on the designated legal representative. A petition that is not time-stamped or a petition for review served by the clerk pursuant to Federal Rule of Appellate Procedure 15(c) is ineligible to participate in the multi-circuit lottery process and must be transferred to the proper circuit. *Remington Lodging & Hosp., LLC v. NLRB*, 747 F.3d 903, 905 (D.C. Cir. 2014).

I am serving this notice on you as designated representative and on all agency officials sued as respondents.

        Respectfully,

        /s/ James R. Conde
        James R. Conde
        BOYDEN GRAY PLLC
        800 Connecticut Avenue NW
        Suite 900
        Washington, DC 20006
        202-955-0620
        jconde@boydengray.com

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**



AMERICAN ENERGY ASSOCIATION,

*Petitioner,*

v.

No. 26-_____

DOUG BURGUM, Secretary of the Interior, in his official capacities as CHAIR and MEMBER of the ENDANGERED SPECIES COMMITTEE;

BROOKE ROLLINS, Secretary of Agriculture, in her official capacity as a MEMBER of the ENDANGERED SPECIES COMMITTEE;

DANIEL DRISCOLL, Secretary of the Army, in his official capacity as a MEMBER of the ENDANGERED SPECIES COMMITTEE;

PIERRE YARED, Acting Chair of the Council of Economic Advisors, in his official capacity as a MEMBER of the ENDANGERED SPECIES COMMITTEE;

LEE ZELDIN, Administrator of the Environmental Protection Agency, in his official capacity as a MEMBER of the ENDANGERED SPECIES COMMITTEE; and

NEIL JACOBS, Administrator of the National Oceanic and Atmospheric Administration, in his official capacity as a MEMBER of the ENDANGERED SPECIES COMMITTEE,

*Respondents.*

## PETITION FOR REVIEW

Pursuant to Federal Rule of Appellate Procedure 15(a), 16 U.S.C. § 1536(h), and 28 U.S.C. § 2112, Petitioner American Energy Association petitions for review of a final action, entitled "Notice," published by Respondents in the Federal Register on April 3, 2026, at 91 Fed. Reg. 16,966. A copy of the final action is attached to this petition.

The Notice provides that "the agency action is being carried out in the federal waters of the Gulf of America and state waters and lands, including coastal areas, ports, airspaces, and waterways, which means that a person may obtain judicial review exclusively in the U.S. Courts of Appeals for the Fifth or Eleventh Circuits." *Id.* at 16,967. Pursuant to 16 U.S.C. § 1536(h), "a copy of such petition shall be transmitted by the clerk of the court to the Committee."

Dated: April 13, 2026

<div style="margin-left:50%">

Respectfully submitted,

/s/ James R. Conde
JAMES R. CONDE
  *Counsel of Record*
BOYDEN GRAY PLLC
800 Connecticut Avenue, #900
Washington, DC 20006
(202) 955-0620
jconde@boydengray.com
*Counsel for Petitioner*

</div>

## CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 26.1 of the Federal Rules of Appellate Procedure, Petitioner makes the following disclosures: Petitioner American Energy Association is a non-profit membership organization. Petitioner has no parent corporation, and no publicly held corporation has a ten percent or greater ownership interest in Petitioner.

Dated: April 13, 2026

Respectfully submitted,

/s/ James R. Conde
*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Appellate Procedure 25, and 28 U.S.C.

U.S.C. § 2112, the undersigned certifies that, on April 13, 2026, copies of this

Petition for Review were served on the following Respondents and their counsel via

U.S. first-class mail certified mail:

DOUG BURGUM
 Secretary of the Interior
1849 C Street NW
Washington, .D.C. 20240

BROOKE ROLLINS
Secretary of Agriculture
1400 Independence Ave SW
Washington, D.C. 20250

DANIEL DRISCOLL
Secretary of the Army
101 Army Pentagon
Washington, D.C. 20310

PIERRE YARED
Acting Chair of the Council of Economic Advisors
1600 Pennsylvania Ave NW Washington, D.C. 20500

LEE ZELDIN
Administrator of the Environmental Protection Agency
1200 Pennsylvania Ave NW
Washington, D.C. 20460

NEIL JACOBS,
Administrator of the National Oceanic and Atmospheric Administration,
1401 Constitution Ave NW
Washington, D.C. 20230

Dated: April 13, 2026

Respectfully submitted,

/s/ James R. Conde
*Counsel for Petitioner*

Institutes of Health, Rockledge II, 6701 Rockledge Drive, Bethesda, MD 20892 which was published in the **Federal Register** on March 27, 2026, FR Doc No. 2026–059579, FR 14861.

This meeting is being amended to change the meeting date from April 16th–April 17th 2026 to July 9th–July 10th 2026. The meeting is closed to the public.

Dated: March 31, 2026,

**Rosalind M. Niamke,**
*Program Analyst, Office of Federal Advisory Committee Policy.*

[FR Doc. 2026–06486 Filed 4–2–26; 8:45 am]

**BILLING CODE 4140–01–P**

# DEPARTMENT OF THE INTERIOR

# DEPARTMENT OF THE ARMY

# ENVIRONMENTAL PROTECTION AGENCY

# DEPARTMENT OF AGRICULTURE

# DEPARTMENT OF COMMERCE

## Endangered Species Committee

**AGENCY:** Office of the Secretary, Interior; Department of the Army; Environmental Protection Agency; Department of Agriculture; Council of Economic Advisors, Executive Office of the President; Department of Commerce.

**ACTION:** Notice.

**SUMMARY:** The Endangered Species Committee held a public meeting on Tuesday, March 31, 2026, in Washington, DC, to address the Secretary of War's finding that it is necessary for reasons of national security to exempt Gulf of America Oil and Gas Activities (defined below) from the requirements of the Endangered Species Act. By unanimous vote, the Committee exempted under section 7(h) of the Endangered Species Act the Gulf of America Oil and Gas Activities, which include the avoidance or minimization measures described in the National Marine Fisheries Service's (NMFS) 2025 biological opinion and in the U.S. Fish and Wildlife Service's (FWS) 2018 and 2025 consultation decisions.

**SUPPLEMENTARY INFORMATION:** A notice in the March 16, 2026 **Federal Register**, 91 FR 12672, advised that the Secretary of the Interior, who is also the Chairman of the Endangered Species Committee, had called a meeting of the Endangered Species Committee for Tuesday, March 31, 2026, in Washington, DC, with the meeting open to the public through livestreaming.

**Decision**

On March 13, 2026, the Chairman of the Endangered Species Committee received from the Secretary of War a March 13, 2026 Letter regarding the Endangered Species Act. The Secretary of War notified the Chairman that he found it necessary for reasons of national security that the Endangered Species Committee grant an exemption from the Endangered Species Act's requirements for the agency action reviewed in NMFS's 2025 biological opinion and in FWS's 2018 and 2025 consultation decisions. That agency action is defined in the Secretary of War's National Security Findings (paragraphs 90 and 103) and covers all oil and gas exploration, development, and production activities associated with the Bureau of Ocean Energy Management's (BOEM) and the Bureau of Safety and Environmental Enforcement's (BSEE) Outer Continental Shelf Oil and Gas Program.[1] The agency action is referred to here as ''Gulf of America Oil and Gas Activities.'' The Gulf of America Oil and Gas Activities include both the oil and gas exploration, development, and production activities, as well as the avoidance or minimization measures that are described in the agency action analyzed in NMFS's 2025 biological opinion and in FWS's 2018 and 2025 consultation decisions.

Section 7(j) of the Endangered Species Act provides: ''Notwithstanding any other provision of this chapter, the Committee shall grant an exemption for any agency action if the Secretary of [War] finds that such exemption is necessary for reasons of national security.'' 16 U.S.C. 1536(j). The Secretary of War, after making this finding, requested that the Chairman convene a meeting of the Endangered Species Committee as soon as practicable to grant an exemption to safeguard and protect the national security. The Chairman then called a meeting for March 31, 2026, and the Committee convened that day.

Based on the Secretary of War's National Security Findings, the Committee grants pursuant to section 7(h) an exemption from the requirements of the Endangered Species Act for Gulf of America Oil and Gas Activities. 16 U.S.C. 1536(h). With this exemption, the federal agencies implementing the Gulf of America Oil and Gas Activities are not required to comply with the section 7(a)(2) procedural consultation and substantive

[1] The Secretary of War attached his National Security Findings to the March 13 Letter that he sent to the Chairman.

''jeopardy'' and ''adverse modification'' mandates when they authorize, fund, or carry out covered agency actions. 16 U.S.C. 1536(h). Further, any action that would ordinarily be considered a take shall not be prohibited under the Endangered Species Act. 16 U.S.C. 1536(o)(1). This exemption applies to the full scope of the Gulf of America Oil and Gas Activities, and for the duration of those actions. Because the covered agency action includes robust avoidance or minimization measures, those measures shall continue to be implemented under this Order.

The Committee recognizes that the Endangered Species Act sets out a process for the Committee to consider an application for an exemption and standards for the Committee to apply when considering an application. 16 U.S.C. 1536(g), (h)(1). The Committee concludes that these other provisions of Section 7, including the application requirements and standards, do not apply when the Secretary of War finds that an exemption is necessary for reasons of national security. When the Secretary of War makes such a finding, the statute and regulations require the Committee to grant an exemption ''[n]otwithstanding any other provision of this chapter.'' 16 U.S.C. 1536(j); 50 CFR 453.03(d). ''[A]ny other provision'' includes the application requirements and standards, and all other provisions in the Endangered Species Act.

The Endangered Species Act also states: ''If the Committee determines under subsection (h) that an exemption should be granted with respect to any agency action, the Committee shall issue an order granting the exemption and specifying the mitigation and enhancement measures established pursuant to subsection (h) which shall be carried out and paid for by the exemption applicant in implementing the agency action.'' 16 U.S.C. 1536(*l*)(1). The Order need not specify any such mitigation and enhancement measures here because the application and other related requirements do not apply. The mitigation-and-enhancement requirement contemplates an application and an ''exemption applicant,'' which are not present in this situation where the Secretary of War determines that an exemption is necessary for reasons of national security. But even if the requirement applied, it would be satisfied here based on mitigation measures included in the Secretary of War's findings. Specifically, the agency action that is the subject of the Secretary of War's findings includes the avoidance or minimization measures described in NMFS's 2025 biological

opinion and in FWS's 2018 and 2025 consultation documents.

The Committee understands that any person may obtain judicial review of this decision, which is made under 16 U.S.C. 1536(h), "in the United States Court of Appeals for . . . any circuit wherein the agency action concerned will be, or is being, carried out." 16 U.S.C. 1536(n). Here, the agency action is being carried out in the federal waters of the Gulf of America and state waters and lands, including coastal areas, ports, airspaces, and waterways, which means that a person may obtain judicial review exclusively in the U.S. Courts of Appeals for the Fifth or Eleventh Circuits. If this decision is challenged in litigation, the Committee designates attorneys at the U.S. Department of Justice to appear for and represent the Committee. 16 U.S.C. 1536(n).

### Order

On the basis of the decision and findings stated above, the Committee grants an exemption for Gulf of America Oil and Gas Activities, which include the avoidance or minimization measures described in NMFS's 2025 biological opinion and in FWS's 2018 and 2025 consultation decisions.

This decision and order are effective immediately.

Dated: March 31, 2026.

**Doug Burgum,**
*Secretary of the Interior.*

**Dan Driscoll,**
*Secretary of the Army.*

**Lee Zeldin,**
*Administrator of Environmental Protection Agency.*

**Brooke Rollins,**
*Secretary of Agriculture.*

**Pierre Yared,**
*Acting Chairman of the Council of Economic Advisors.*

**Neil Jacobs,**
*Under Secretary of Commerce for Oceans and Atmosphere and National Oceanic Atmospheric Administration Administrator.*

[FR Doc. 2026–06458 Filed 4–2–26; 8:45 am]

**BILLING CODE 4334–63–P**

---

## INTERNATIONAL TRADE COMMISSION

**[Investigation Nos. 701–TA–767 and 731–TA–1750 (Final)]**

### L-Lysine From China; Scheduling of the Final Phase of Countervailing Duty and Antidumping Duty Investigations

**AGENCY:** United States International Trade Commission.

**ACTION:** Notice.

**SUMMARY:** The Commission hereby gives notice of the scheduling of the final phase of antidumping and countervailing duty investigation Nos. 701–TA–767 and 731–TA–1750 (Final) pursuant to the Tariff Act of 1930 to determine whether an industry in the United States is materially injured or threatened with material injury, or the establishment of an industry in the United States is materially retarded, by reason of imports of animal feed-grade l-lysine from China, provided for in subheading 2922.41.00 of the Harmonized Tariff Schedule of the United States, preliminarily determined by the Department of Commerce ("Commerce") to be subsidized and sold at less-than-fair-value.

**DATES:** March 6, 2026.

**FOR FURTHER INFORMATION CONTACT:** Caitlyn Costello ((202) 205–2058), Office of Investigations, U.S. International Trade Commission, 500 E Street SW, Washington, DC 20436. Hearing-impaired persons can obtain information on this matter by contacting the Commission's TDD terminal on 202–205–1810. Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at 202–205–2000. General information concerning the Commission may also be obtained by accessing its internet server (*https://www.usitc.gov*). The public record for these investigations may be viewed on the Commission's electronic docket (EDIS) at *https://edis.usitc.gov.*

**SUPPLEMENTARY INFORMATION:**

*Scope.*—For purposes of these investigations, Commerce has defined the subject merchandise as ". . . animal feed grade L-lysine (lysine). Lysine is an essential amino acid added to animal feed that is used in the biosynthesis of proteins. The scope covers lysine regardless of form, including lysine monohydrochloride, also referred to as lysine HCL, lysine sulfate, and liquid lysine. The scope includes lysine that has been coated or encapsulated for use with ruminants to ensure bioavailability.

Lysine HCL in the dry form has the molecular formula $C_6 H_{14} N_2 O_2$ HCl. The Chemical Abstracts Service (CAS) registry number for lysine HCL is 657–27–2. Lysine HCL contains a minimum of 78 percent lysine by weight, as well as additional amino acids, carbohydrates, mineral salts, and organic acids. Lysine sulfate is the sulfate salt of lysine, and in the dry form it has the molecular formula $C_6 H_{16} N_2 O_6 S$. The CAS registry number for lysine sulfate is 60343–69–3. Lysine

sulfate typically contains approximately 40–70 percent lysine by weight, as well as additional amino acids, carbohydrates, mineral salts, and organic acids. Liquid lysine is a concentrated form of lysine in an aqueous solution with the molecular formula $C_6 H_{14} N_2 O_2$. The CAS registry number for liquid lysine is 56–87–1. Liquid lysine normally contains at least 50 percent lysine by weight, as well as additional amino acids, carbohydrates, mineral salts, and organic acids.

The scope includes animal feed grade lysine that is combined with other products, including for example, by mixing, blending, compounding, or granulating (*e.g.,* base mixes, premixes, and concentrates). For such combined products, only the lysine component is covered by the scope of this investigation.

Subject merchandise also includes lysine that has been processed in a third country, including by commingling, diluting, adding or removing additives, refining, converting from liquid to dry or dry to liquid form, coating or encapsulating, or performing any processing that would not otherwise remove the merchandise from the scope of the investigation if performed in the subject country . . ."

*Background.*—The final phase of these investigations is being scheduled pursuant to sections 705(b) and 731(b) of the Tariff Act of 1930 (19 U.S.C. 1671d(b) and 1673d(b)), as a result of affirmative preliminary determinations by Commerce that certain benefits which constitute subsidies within the meaning of § 703 of the Act (19 U.S.C. 1671b) are being provided to manufacturers, producers, or exporters in China of animal feed-grade l-lysine, and that such products are being sold in the United States at less than fair value within the meaning of § 733 of the Act (19 U.S.C. 1673b). The investigations were requested in petitions filed on May 28, 2025, by Archer Daniels Midland Company, Chicago, IL ("ADM"), CJ Bio America, Inc. an Iowa corporation ("CJ America"), and Evonik Corporation, Piscataway, NJ ("Evonik").

For further information concerning the conduct of this phase of the investigations, hearing procedures, and rules of general application, consult the Commission's Rules of Practice and Procedure, part 201, subparts A and B (19 CFR part 201), and part 207, subparts A and C (19 CFR part 207).

*Participation in the investigations and public service list.*—Persons, including industrial users of the subject merchandise and, if the merchandise is sold at the retail level, representative consumer organizations, wishing to

# EXHIBIT 3

## Joe Lucardi

**From:** dispatch@washingtonexpress.com
**Sent:** Monday, April 13, 2026 4:24 PM
**To:** Joe Lucardi
**Subject:** Delivered Ord# 3662494



**View Tracking Details: 3662494**     **Acct:** Credit Card, 21604-**AcctID:**7830

**Number of Pieces:** 1, Env-Pkg     **Caller:** Joseph Lucardi

**WEX Service:** Rush, Bike     **Requestor:**

**Type of Rate:** WD     **Mileage:** 0.71

**Ready Time:** 04/13/2026 02:30:00 PM     **Reference:** -

**Courier:** 189**, Total Wait Time:** 71 mins     **Price:** $160.58

**Payment:**

**Order of Stops:**

**[P]** Joseph Lucardi
800 Connecticut Ave, Suite Ste 900,
Washington DC 20006
**Arrived: 04/13/2026 02:35:31 PM**
**Received: Pu, 04/13/2026 02:54:09 PM**

**[D]** Doug Burgum
1849 C St NW,
Washington DC 20240
(202) 208-3111
**Arrived: 04/13/2026 03:02:57 PM**
**Received: Officer Tayloe, They Do Not Accept Documents For T, 04/13/2026 03:33:26 PM**

**[D]** Doug Burgum
1849 C St NW,
Washington DC 20240
(202) 208-3111
**Arrived: 04/13/2026 04:03:04 PM**
**Received: Laura Clark, 04/13/2026 04:24:21 PM**

**Barcoded Pieces:**

1



Copyright 2024 Washington Express LLC

This communication contains proprietary business information and may contain confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.
**Privacy Policy | Terms | Limitations on Liability | Contact Us**

2

# EXHIBIT 4

## Joe Lucardi

**From:** dispatch@washingtonexpress.com
**Sent:** Monday, April 13, 2026 3:44 PM
**To:** Joe Lucardi
**Subject:** Delivered Ord# 3662496

You don't often get email from dispatch@washingtonexpress.com. Learn why this is important



**View Tracking Details: 3662496**

**Number of Pieces:** 1, Env-Pkg

**WEX Service:** DoubleRush, Bike

**Type of Rate:** WD

**Ready Time:** 04/13/2026 02:30:00 PM

**Courier:** 189, **Total Wait Time:** 19 mins

**Acct:** Credit Card, 21604-**AcctID:**7830

**Caller:** Joseph Lucardi

**Requestor:**

**Mileage:** 1.4

**Reference:** -

**Price:** $88.56

**Payment:**

**Order of Stops:**

**[P]** 800 Connecticut Ave NW
800 Connecticut Ave NW, Suite 900,
Washington DC 20006
**Arrived: 04/13/2026 02:35:59 PM**
**Received: Pu, 04/13/2026 02:54:43 PM**

**[D]** BROOKE ROLLINS
1400 Independence Ave SW,
Washington DC 20250
Secretary Of Agriculture
**Arrived: 04/13/2026 03:37:05 PM**
**Received: Connor Fellenbaum, 04/13/2026 03:43:26 PM**

**Barcoded Pieces:**



1



Copyright 2024 Washington Express LLC

This communication contains proprietary business information and may contain confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.
**Privacy Policy | Terms | Limitations on Liability | Contact Us**

# EXHIBIT 5

## Joe Lucardi

**From:** dispatch@washingtonexpress.com
**Sent:** Monday, April 13, 2026 3:58 PM
**To:** Joe Lucardi
**Subject:** Delivered Ord# 3662503

You don't often get email from dispatch@washingtonexpress.com. Learn why this is important



**View Tracking Details: 3662503**

**Number of Pieces:** 1, Env-Pkg

**WEX Service:** DoubleRush, Car

**Type of Rate:** RH

**Ready Time:** 04/13/2026 03:00:00 PM

**Courier:** 189, **Total Wait Time:** 0 mins

**Acct:** Credit Card, 21604-**AcctID:**7830

**Caller:** Joseph Lucardi

**Requestor:**

**Mileage:** 1.09

**Reference:** -

**Price:** $112.22

**Payment:**

**Order of Stops:**

**[P]** Boyden Gray PLLC
800 Connecticut Ave NW, Suite 900,
Washington DC 20006
**Arrived: 04/13/2026 02:56:02 PM**
**Received: Pu, 04/13/2026 02:58:24 PM**

**[D]** LEE ZELDIN, Administrator Of The Environmental Pro
1200 Pennsylvania Ave NW,
Washington DC 20460

**Arrived: 04/13/2026 03:47:39 PM**
**Received: Douglas Taksar, 04/13/2026 03:57:36 PM**

**Barcoded Pieces:**



1



Copyright 2024 Washington Express LLC

This communication contains proprietary business information and may contain confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**Privacy Policy | Terms | Limitations on Liability | Contact Us**

# EXHIBIT 6

## Joe Lucardi

**From:** dispatch@washingtonexpress.com
**Sent:** Monday, April 13, 2026 3:32 PM
**To:** Joe Lucardi
**Subject:** Delivered Ord# 3662507

You don't often get email from dispatch@washingtonexpress.com. Learn why this is important



**View Tracking Details: 3662507**

**Number of Pieces:** 1, Env-Pkg

**WEX Service:** DoubleRush, Car

**Type of Rate:** RH

**Ready Time:** 04/13/2026 03:00:00 PM

**Courier:** 189, **Total Wait Time:** 0 mins

**Acct:** Credit Card, 21604-**AcctID:**7830

**Caller:** Joseph Lucardi

**Requestor:**

**Mileage:** 0.7

**Reference:** -

**Price:** $109.14

**Payment:**

### Order of Stops:

**[P]** Boyden Gray PLLC
800 Connecticut Ave NW, Suite 900,
Washington DC 20006
**Arrived: 04/13/2026 02:56:27 PM**
**Received: Pu, 04/13/2026 02:57:52 PM**

**[D]** NEIL JACOBS, Administrator Of The National Oceanic
1401 Constitution Ave NW,
Washington DC 20230

**Arrived: 04/13/2026 03:28:34 PM**
**Received: Alicea, Stephen, Mailroom, 04/13/2026 03:32:14 PM**

### Barcoded Pieces:



1



Copyright 2024 Washington Express LLC

This communication contains proprietary business information and may contain confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.
**Privacy Policy | Terms | Limitations on Liability | Contact Us**

2

# EXHIBIT 7

ALERT: IMPACTS FROM SEVERE WEATHER IN THE MIDWEST AND SOUTHERN U.S. MAY DEL…

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 420203109571110299686103903932

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Scheduled Delivery by

**WEDNESDAY**

**15** April 2026 ⓘ | by **6:00pm** ⓘ

Feedback

Your item was picked up at the post office at 6:37 am on April 21, 2026 in WASHINGTON, DC 20301 by PENTAGON 20310 MISC. The item was signed for by J NATAREN.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20301
April 21, 2026, 6:37 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**    ⌄

**Proof of Delivery**    ⌄



**USPS Tracking Plus®**

**Product Information**

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT 8

**FedEx**

April 28, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 870617747340

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | FedEx Location |
| **Signed for by:** | A. SWANN | **Delivery Location:** | 1501 ECKINGTON PLACE NORTHEAST |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | WASHINGTON, DC, 20002 |
| | | **Delivery date:** | Apr 14, 2026 10:21 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 870617747340 | **Ship Date:** | Apr 13, 2026 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
Pierre Yared, Council of Economic Advisors
1600 Pennsylvania Ave NW
WASHINGTON, DC, US, 20500

**Shipper:**
Boyden Gray PLLC,
800 Connecticut Avenue NW
Suite 900
Washington, DC, US, 20006



Thank you for choosing FedEx

# Attachment 2

**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE: ENDANGERED SPECIES
COMMITTEE ORDER REGARDING
GULF OF AMERICA OIL AND GAS
ACTIVITIES, 91 FED. REG. 16966,
ISSUED ON APRIL 3, 2026

MCP No. 202

**DECLARATION OF BRYN BOWEN**

I, Bryn Bowen, declare as follows:

1. I am a Paralegal Specialist in the Department of Justice, Environment and Natural Resources Division, Law and Policy Section.

2. On April 13, 2026, Jessica Worley, an Executive Assistant in the Office of the Assistant Attorney General for the Environment and Natural Resources Division called me and asked me to pick up a package from the Visitor Center in Department of Justice Headquarters, 950 Pennsylvania Ave., NW, Washington, D.C.

3. That same day, between 3:00 pm and 4:00 pm, I accepted receipt of a package from an individual at the Department of Justice Visitor Center. The individual provided the following email address for questions concerning the package: jconde@boydengray.com.

4. Immediately after receiving the package in the Visitor Center, I delivered the package to the Office of the Assistant Attorney General.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C., on May 5, 2026.

_____
Bryn Bowen

**Attachment 3**

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ENDANGERED SPECIES COMMITTEE ORDER REGARDING GULF OF AMERICA OIL AND GAS ACTIVITIES, 91 FED. REG. 16966, ISSUED ON APRIL 3, 2026** | **MCP No. 202** |

**DECLARATION OF LARA CLARK**

I, Lara Clark, declare as follows:

1. I am an Attorney-Advisor in the Branch of General Legal Services, Division of General Law, Office of the Solicitor, Department of the Interior.

2. On April 13, 2026, I received a call from the Executive Assistant to the Solicitor notifying the Branch of General Legal Services that a courier was at the entrance to the Main Interior Building seeking a representative to accept service of process on behalf of the Department.

3. That same day, at approximately 4:50 pm, I accepted receipt of a package from an individual at the entrance to the Main Interior Building, 1849 C Street N.W., Washington, DC.

4. After receiving the package, I made a scanned copy of its contents. A true and correct copy of the contents of the package is attached as Exhibit 1.

5. On April 14, 2026, I delivered the package and its contents to Dondrae Maiden, Associate Solicitor for the Division of Parks and Wildlife, and John Rudolph, Assistant Solicitor for the Division of Parks and Wildlife.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C., on May 8, 2026.

Lara Clark