**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re:** Endangered Species Committee, Order Regarding Gulf of America Oil and Gas Activities, 91 Fed. Reg. 16966, Issued on April 3, 2026 | MCP No. 202 |

**TABLE OF EXHIBITS FOR REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**

| Exhibit | Exhibit Name |
|---|---|
| A | Transcript for Endangered Species Committee Hearing (Mar. 31, 2026) |
| B | Declaration of Sitara Witanachchi (May 12, 2026) |
| B-1 | Correspondence between Sitara Witanachchi and Christopher Anderson (Apr. 29, 2026) |
| B-2 | Washington Express Courier Delivery Receipt for Doug Burgum (Apr. 13, 2026) |
| B-3 | Washington Express Courier Delivery Receipt for Lee Zeldin (Apr. 13, 2026) |
| B-4 | Washington Express Courier Delivery Receipt for Neil Jacobs (Apr. 13, 2026) |
| B-5 | Washington Express Courier Delivery Receipt for Brooke Rollins (Apr. 13, 2026) |
| C | Declaration of Katherine Desormeau (May 11, 2026) |
| C-1 | Screenshot of FedEx Proof of Delivery to Doug Burgum (Apr. 7, 2026) |

| C-2 | Screenshot of Contact Info of U.S. Department of the Interior (May 11, 2026) |
|-----|-----|
| C-3 | Screenshot of Katherine Desormeau's Microsoft Teams Message regarding service for the Department of the Interior (Apr. 7, 2026) |
| D | Docket for *American Energy v. Burgum*, No. 26-60240 (5th Cir. April 23, 2026) |
| E | Briefing Notice from U.S. Court of Appeals Fifth Circuit (May 5, 2026) |