# Exhibit B

**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re:** Endangered Species Committee, Order Regarding Gulf of America Oil and Gas Activities, 91 Fed. Reg. 16966, Issued on April 3, 2026 ) ) ) ) ) ) ) ) ) | MCP No. 202 |

## DECLARATION OF JAMES CONDE IN SUPPORT OF AMERICAN ENERGY ASSOCIATION'S CONSOLIDATED RESPONSE TO MOTIONS FOR RECONSIDERATION OF THE CONSOLIDATION ORDER

I, James Conde, declare as follows:

1.  I make this declaration in support of American Energy Association's (AEA) Consolidated Response to the pending Motions for Reconsideration. I make the statements of fact in this declaration of my own personal knowledge. If called as a witness in this action, I could and would testify competently to the facts set forth herein.

2.  I am a partner at the law firm Boyden Gray PLLC and counsel of record for AEA in this matter.

3.  In that role, I effectuated service of AEA's date-stamped petition for review and accompanying letter invoking section 2112 on the Endangered Species Committee by emailing a copy of both to the Committee's legal representative, Principal Deputy Assistant Attorney General for the Environment and Natural Resources Division of the U.S. Department of Justice Adam Gustafson, on April 13, 2026 at 2:12 p.m. Eastern Standard Time.

4. Exhibit G-3 attached to Natural Resources Defense Counsel, Inc.'s Motion for Reconsideration, ECF No. 15-8 at 10, is an authentic copy of the body of the email that I sent to Mr. Gustafson on April 13, 2026.

5. Exhibit G-4 attached to Natural Resources Defense Counsel, Inc.'s Motion for Reconsideration, ECF No. 15-8 at 12–20, is an authentic copy of the petition for review and accompanying letter invoking section 2112 that I sent to Mr. Gustafson on April 13, 2026 as attachments to the email reproduced in Exhibit G-3, ECF No. 15-8 at 10.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  May 6, 2026

James Conde